UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH REITZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 23-cv-001190-W-AHG<br><br>**ORDER GRANTING JOINT MOTION TO REMAND [DOC. 8]** |

//
/
/
/
//

    Pending before the Court is the Parties' Joint Motion for Voluntary Remand Pursuant to Sentence Four, 42 U.S.C § 405(g) [Doc. 8]. The Joint Motion is signed by counsel for both parties. (*Joint Motion* at 2.) Good cause appearing, the joint motion [Doc. 8] is **GRANTED**. The case is hereby **REMANDED** to the Commissioner of Social Security for further administrative proceedings. The Clerk of

Court is ordered to enter final judgement in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

**IT IS SO ORDERED.**

Dated: August 22, 2023

*[signature]*

Hon. Thomas J. Whelan
United States District Judge