# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH REITZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissionner of Social Security<br><br>　　　　　　　　　　Defendant. | Case No.: 3:23-cv-01190-W-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [DOC. 11]** |

　　　Pending before the Court is the Parties' joint motion for the award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The parties agree that no costs are to be awarded under 28 U.S.C. § 1920.  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the joint motion [Doc. 11] and **AWARDS** $916.30 in attorney fees pursuant to the parties' Joint Motion for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act.

　　　**IT IS SO ORDERED.**

Dated:  October 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge